**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AHMAD ABDULLAH,

    Plaintiff,

v.                                                        Case No. 3:12-cv-1037-J-34MCR

AMERICAN EXPRESS COMPANY,
d/b/a American Express Travel,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 20; Report), entered on December 19, 2012. In the Report, Magistrate Judge Richardson recommends that Defendant's Motion to Compel Arbitration and Dismiss Case (Dkt. No. 5) be granted, in part, and denied, in part, that the case be stayed, and that the parties be ordered to file joint status reports with the Court every ninety (90) days. See Report at 11. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Compel Arbitration and Dismiss Case (Dkt. No. 5) is **GRANTED, in part, and DENIED, in part**.

   a. The Motion is **GRANTED** to the extent that the parties are directed to arbitrate this action.

   b. The Motion is **DENIED** to the extent that Defendant seeks to have this case dismissed.

3. This case is **STAYED** pending notification by the parties that they have completed the arbitration process and the stay is due to be lifted or the case is due to be dismissed.

4. The parties are directed to file a status report on **April 18, 2013**, and every **NINETY (90) DAYS** thereafter until the arbitration is completed.

5.      The Clerk of the Court is **DIRECTED** to terminate any pending motions or deadlines and administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of January, 2013.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record