**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AHMAD ABDULLAH,

        Plaintiff,

v.                                                                                    Case No. 3:12-cv-1037-J-34MCR

AMERICAN EXPRESS COMPANY,
    d/b/a American Express Travel,

        Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. On January 16, 2013, the Court entered an Order (Doc. No. 21; January 16, 2013 Order) directing the parties to arbitrate the action, staying the case pending notification by the parties that they had completed the arbitration process, and administratively closing the case. See January 16, 2013 Order at 2-3. On December 15, 2014, Defendant filed a Status Report (Doc. No. 33; Status Report) advising the Court that the final arbitration hearing was held on May 29 and 30, 2014, and that the Final Award of Arbitrator (Doc. No. 33-1) was issued on September 10, 2014. See Status Report at 1. On January 12, 2015, the Court entered an Order (Doc. No. 34; January 12, 2015 Order) directing the parties to advise the Court whether this case should be dismissed with prejudice, and if not, then how the Court should proceed. See January 12, 2015 Order at 2. Defendant filed a Notice (Doc. No. 35; Notice) on January 29, 2015, requesting that the Court dismiss the case with prejudice. See Notice at 4. Plaintiff did not

respond. The Federal Arbitration Act provides, "Notice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." 9 U.S.C. § 12. Neither party has filed a motion to vacate, modify, or correct an award.[1] Accordingly, this action is due to be dismissed with prejudice.

In light of the foregoing, it is **ORDERED**:

1. The case is **DISMISSED with prejudice**.

2. The Clerk of Court is directed to terminate any previously scheduled deadlines and pending motions and to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on this 2nd day of April, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc18

Copies to:

Counsel of record

---

[1] On January 16, 2015, Plaintiff emailed Defendant's counsel what purports to be a "Motion Not to Vacate but Modify or Correct the Award." See Exhibit C (Doc. No. 35-3). Plaintiff has not filed this "Motion" with the Court. Additionally, Plaintiff sent this email more than three months after delivery of the arbitration award.